# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                                             **Crim. No. 7:22-MJ-1032-RJ**

**HANNA NICOLE BENNETT**

      On June 2, 2022, the above named was placed on probation for a period of 12 months. Due to ongoing extensive medical issues, it is respectfully recommended that the term of probation be terminated, and the outstanding conditions of supervision be stricken.

Reviewed and approved,                                I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.                              /s/ Jay Kellum  
C. Lee Meeks, Jr.                                    Jay Kellum  
Supervising U.S. Probation Officer           U.S. Probation Officer  
                                                      200 Williamsburg Pkwy, Unit 2  
                                                      Jacksonville, NC 28546-6762  
                                                      Phone: 910-346-5109  
                                                      Executed On: September 9, 2022

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the outstanding conditions of supervision be STRRICKEN, the offender be discharged from supervision, and that the proceedings in the case be terminated.

Dated this __12__ day of __September__, 2022.

                                                                    Robert B. Jones, Jr.  
                                                                   U.S. Magistrate Judge